**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

Kevin Scrivener,                                    )
                          Plaintiff,     )
vs.                                                 ) No. 05-0462-CV-W-FJG
Metabolife International, Inc., et al.,             )
                          Defendants.  )

## ORDER

Defendant Metabolife International, Inc.'s motion for stay (Doc. #5), filed May 26, 2005, is sustained. This matter is stayed pending MDL transfer of this case to the Southern District of New York for consolidated pre-trial proceedings.

                                                    /s/Fernando J. Gaitan, Jr.
                                                    United States District Judge

Dated:   July 28, 2005
Kansas City, Missouri